UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE D. YOUNG,

       Petitioner,                                                          Case No. 4:06-cv-124

v.                                                                       Hon. Richard Alan Enslen

ST. JOSEPH COUNTY SHERIFF
DEPARTMENT, et al.,

       Respondents.
_____/

**AMENDED ORDER AND JUDGMENT
APPROVING REPORT AND RECOMMENDATION**

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The petitioner, on February 6, 2007, filed a Proposed Petition for Writ of Habeas Corpus.

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 1, 2006, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that petitioner's application is **DISMISSED** for the reasons stated in the Report and Recommendation.

       **IT IS FURTHER ORDERED** that the Amended Petition for Writ of Habeas Corpus is summarily dismissed pursuant to Rule 4 because it, like the original petition, fails to state a valid habeas claim.

       **IT IS FURTHER ORDERED** that a certificate of appealability is denied as to <u>each</u> issue raised by petitioner.

Dated in Kalamazoo, MI:                          /s/Richard Alan Enslen
March 7, 2007                                        Richard Alan Enslen
                                                            Senior United States District Judge